ELECTUS T. BACKUS, Appellant, v. STAFFORD BROTHERS, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JEREMIAH F. O'CONNOR, as Trustee in Bankruptcy of the BINGER COMPANY, Respondent, v. SELIG ROSENBAUM, Respondent, and HESS CONSTRUCTION COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN PIRUNG & COMPANY and Another, Appellants, v. BROWN & SECCOMB, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN PIRUNG & COMPANY and Another, Appellants, v. BROWN & SECCOMB, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied and the notice reinstated. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN PIRUNG & COMPANY and Another, Appellants, v. BROWN & SECCOMB, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY H. BASCH, Respondent, v. S. H. S. DRUG COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY P. HURD v. ELSA P. HURD.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

REMBRANDT REALTY CO., INC., v. SHENK REALTY AND CONSTRUCTION COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

RICHARD L. BROOME v. ALEXANDER SMITH & SONS CARPET COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BENJAMIN C. EMANUEL, as Administrator, etc., v. METH & GROPPER COMPANY, INC., and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

A. D. GRANGER COMPANY v. WALTON FOUNDRY COMPANY.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

UNITED TEXTILE, LTD., v. BACHRACK SONS COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant complies with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Arbitration between SCHMOLL FILS & COMPANY, INC., and TANNERS EXTRACT & CHEMICAL WORKS, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM E. WIENER, INC., v. ISAAC ADLER.— Motion to dismiss appeal granted,